# United States District Court

## Northern District of Illinois
### Eastern Division

DEC 7 - 2004

Pinpoint, Inc.

v.

Amazon.com, Inc. et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 03 C 4954

DEC 7 - 2004

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that that this action is dismissed without prejudice. Plaintiff to take nothing. Each side is assessed $750.00 in jury costs, for a total amount of $1,500.00. Parties are given 21 days from the date of this judgment to tender their checks to the Clerk, U.S. District Court. All matters in controversy having been resolved, final judgment is hereby entered in favor of all defendants and against plaintiff.

Michael W. Dobbins, Clerk of Court

Date: 12/6/2004

Stephen C. Tokoph, Deputy Clerk